MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
**FREEMAN MATHIS & GARY, LLP**
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
Tel.:  725.258.7360
Fax:  833.336.2131
Michael.Edwards@fmglaw.com
Stephanie.Bedker@fmglaw.com
*Attorneys for Defendants*
*Nye County and Justice Kent Jasperson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HAMILTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY, a political subdivision organized under the law of the State of Nevada, AND JUSTICE KENT JASPERSON, and individual; DOES I through X, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-01378-APG-BNW<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS NYE COUNTY AND JUSTICE KENT JASPERSON** |

**SUBSTITUTION OF COUNSEL FOR DEFENDANTS NYE COUNTY AND**

**JUSTICE KENT JASPERSON**

Defendants NYE COUNTY AND JUSTICE KENT JASPERSON  hereby substitute the law firm of FREEMAN MATHIS & GARY LLP, as its attorney of record in the above-referenced matter in the place and stead of MESSNER REEVES LLP as counsel of record for Defendants NYE COUNTY AND JUSTICE KENT JASPERSON in the above-entitled matter.

DATED this 6th day of February 2023.

/s/Timothy Sutton
*Timothy Sutton*
*Authorized Representative for Defendant*
*NYE COUNTY AND JUSTICE KENT JASPERSON*

1

The law firm of MESSNER REEVES LLP hereby acknowledges the substitution of the law firm of FREEMAN MATHIS & GARY LLP as attorneys of record for Defendants NYE COUNTY AND JUSTICE KENT JASPERSON in the above-entitled matter.

DATED this 6th day of February 2023.

*/s/Renee Finch*
Renee Finch, Esq.
Nevada Bar No. 13118
MESSNER REEVES LLP
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148

MICHAEL M. EDWARDS, ESQ of FREEMAN MATHIS & GARY LLP hereby consents to the representation of Defendants NYE COUNTY AND JUSTICE KENT JASPERSON in the above-referenced matter, in the place and stead of MESSNER REEVES LLP.

DATED this 6th day of February 2023.

FREEMAN MATHIS & GARY, LLP

*/s/Michael M. Edwards*
MICHAEL M. EDWARDS ESQ.
Nevada Bar No. 6281
STEPHANIE D. BEDKER, ESQ.
Nevada Bar No. 14169
3993 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada  89169
*Attorney for Defendants*
*Nye County and Justice Kent Jasperson*

## ORDER
**IT IS SO ORDERED**

**DATED:** 10:23 am, February 08, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I certify that I am an employee of FREEMAN MATHIS & GARY, LLP and that on this 7th day of February, 2023, I served a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR DEFENDANTS NYE COUNTY AND JUSTICE KENT JASPERSON** to all parties on file:

    Craig A. Mueller, Esq.
    MUELLER & ASSOCIATES, INC.
    808 S. 7th Street
    Las Vegas, NV 89101
    *Attorneys for Plaintiff*

    [ ]   Hand Delivery
    [ ]   FACSIMILE TRANSMISSION
    [ ]   U.S. MAIL, POSTAGE PREPAID
    [X]  CM/ECF E-Filing Service System
    [ ]   Electronic Mail

I declare under penalty of perjury under the laws of the States of Nevada that the foregoing is true and correct.

                                            */s/Laurie Moreno*
                                            An employee of Freeman Mathis and Gary, LLP